In the United States District Court

Atlanta Division

| | |
|---|---|
| Home Legend, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C. A. No. 1:18-cv-01015-WSD |
| ) | |
| Chris A. Dillon, Alston, Inc., Alan ) | |
| ) | |
| Chou and John Does 1-5 ) | |
| ) | |
| Defendants ) | |

**Stipulation of Dismissal with Prejudice**

Comes now the Plaintiff, by and through counsel, who dismisses all claims against the Defendants with prejudice.

Defendants stipulate to such dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and fees in connection with this action.

This 29th day of October, 2018.

                                          Law Offices of Edward Hine, Jr., P.C.

                                          By:/s/ Edward Hine, Jr.
                                          Edward Hine, Jr.
                                          GA Bar No. 355775
                                          Suite 121
                                          111 Bridgepoint Plaza
                                          Box 5128
                                          Rome, GA 30162-5128
                                          (o) 706 291 2531

(f) 706 291 1301
Email: ed@edwardhinelaw.com

*Attorney for the Plaintiff*

**Hill, Kertscher & Wharton, LLP**

/s/ Steven G. Hill
Steven G. Hill
Georgia Bar No. 354658
Martha L. Decker
Georgia Bar No. 420867
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
E-mail:    sgh@hkw-law.com
           md@hkw-law.com

*Attorneys for Defendants*

Certificate of Service

The undersigned certifies that I have filed this pleading electronically which automatically serves all counsel of record.

This 29th day of October, 2018.

/s/ Edward Hine, Jr.